NO. 07-11-0267-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 9, 2012

_____

ROSHELLE RENE HOUSER AKA ROSHELL RENEA JONES,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 264TH DISTRICT COURT OF BELL COUNTY;

NO. 66,191; HONORABLE MARTHA J. TRUDO, PRESIDING

_____

***Memorandum Opinion***

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Roshelle Rene Houser aka Roshell Renea Jones perfected this appeal after the trial court dismissed the prosecution against her and notified appellant of an obligation to pay attorney's fees and court costs via letter dated May 12, 2011. Through two issues, she contends that the trial court lacked authority to direct the payment of those items. The State concedes that the trial court erred in doing so, and we reverse the trial court's May 12, 2011 letter to pay attorney's fees and costs of court.

Brian Quinn
Chief Justice

Do not publish.